

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEFFREY A. KRALLER and ALAN POLLENZ, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. |
| ALLIED PILOTS ASSOCIATION, a Labor Organization, | § § § § | 3 03CV- 761P |
| Defendant. | § § | |

## CERTIFICATE OF INTERESTED PERSONS

Plaintiffs Jeffrey J. Kraller and Alan Pollenz provide this complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of the case.

Plaintiff Jeffrey J. Kraller

Plaintiff Alan Pollenz

Defendant Allied Pilots Association

Respectfully submitted,

Barbara Harvey
Penobscot Building, Suite 3060
645 Griswold Street
Detroit, Michigan 48226
Telephone: (313) 963-3570
Facsimile: (313) 963-3572
Email: barbaraharvey@comcast.net

STEPHEN GARDNER
Texas State Bar No. 07660600
Law Office of Stephen Gardner, PC
6060 North Central Expressway, Suite 560
Dallas, Texas 75206
Telephone:   214/800-2830
Telecopier:   214/800-2834
Email: steve@consumerhelper.com

Attorneys for Plaintiff,
by:

STEPHEN GARDNER

CERTIFICATE OF INTERESTED PERSONS, page 1