

ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. ...........T
.... ..... .. .... OF TEXAS

**FILED**

APR 1 8 2003

CLERK, U.S. DISTRICT COURT
By_____
                Deputy

|  |  |
|---|---|
| JEFFREY A. KRALLER and § | |
| ALAN POLLERZ § | |
| § | |
| Plaintiffs, § | Civil Action No:  3 03 CV-761 P |
| § | |
| ALLIED PILOTS ASSOCIATION, § | |
| § | |
| Defendant. § | |
| § | |

## DEFENDANT ALLIED PILOTS ASSOCIATION'S CERTIFICATE OF INTERESTED PERSONS PURSUANT TO LOCAL RULES 3.1(f) AND 7.4

In accordance with Local Rules 3.1(f) and 7.4 of the Local Rules of the Northern District of Texas, Defendant Allied Pilots Association submits the following list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which are, or may possibly be, financially interested in the outcome of the above-referenced action.  As allowed by the rule, large groups of individuals are described generically.  The following are believed to have an interest in this case within the meaning of the applicable rule:

1.    Allied Pilots Association

2.    Jeffrey A. Kraller

3.    Alan Pollerz

4.    Stephen Gardner, Esq.

5.    Barbara Harvey, Esq.

6.    Thomas H. Geoghegan, Esq. of the law firm of Despres, Schwartz & Geoghegan

5.    Sanford R. Denison of the firm Baab & Dension, LLP

6.    All Airline pilots in the employ of American Airlines, Inc. represented by the Allied

Pilots Association

Respectfully Submitted,

THOMAS H. GEOGHEGAN *
Illinois Bar No.  3126689
Despres, Schwartz & Geoghegan
77 West Washington Street, Suite 711
Chicago, Illinois 60602-2803
(317) 372-2511
(317) 372-7391 FAX

SANFORD R. DENISON
Texas Bar No. 05655560
Baab & Denison, LLP
Stemmons Place, Suite 1100
2777 N. Stemmons Freeway
Dallas, TX 75207
(214) 637-0750
(214) 637-0730 FAX

* Application for Admission Pro Hac
  Vice to be filed or currently pending

DATED: April 18, 2003

COUNSEL FOR DEFENDANT
ALLIED PILOTS ASSOCIATION

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served this 18th day of April, 2003, by the means specified below, addressed to the following:

Barbara Harvey                          (Via certified mail r.r.r.)
645 Griswold, Suite 3060
Detroit, Michigan 48226

Stephen Gardner                         (Via certified mail r.r.r.)
Law Office of Stephen Gardner, P.C.
6060 N. Central Expressway, Suite 560
Dallas, Texas 75206


Sanford R. Denison