

Receipt No.: 193489
Initials:

**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 21 2003
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | § | |
|---|---|---|
| JEFFREY A. KRALLER and | § | |
| ALAN POLLERZ | § | |
| | § | |
| Plaintiffs, | § | Civil Action No:   3 03 CV-761 P |
| | § | |
| ALLIED PILOTS ASSOCIATION, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

Comes now THOMAS H. GEOGHEGAN, applicant herein, and respectfully states the following:

**I.**   Applicant is an attorney and a member of the law firm of Despres, Schwartz & Geoghegan, with offices at 77 West Washington Street, Suite 711, Chicago, Illinois 60602-2803, (312) 372-2511, (312) 372-7391 FAX.

**II.**   Applicant will sign all pleadings with the name THOMAS H. GEOGHEGAN.

**III.**   Applicant has been retained personally or as a member of the above-named firm by Allied Pilots Association to provide legal representation in connection with the above-styled matter now pending before the United States District Court, Northern District of Texas.

**IV.**   Since May 1, 1980, Applicant has been and presently is a member in good standing of the bar of the highest court in the state of Illinois where Applicant regularly practices law. Applicant's bar license number is 3126689.

**V.**   Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| District of Columbia | 1975 |
| State of Illinois | 1980 |

**VI.**   Applicant is presently a member in good standing of the bars of the courts listed in question V, except as provided below: (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice)

<u>Applicant remains a member in good standing of the bars of all the courts listed in question V above.</u>

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:
<u>Applicant has never been subject to any grievance proceedings or involuntary removal proceedings.</u>

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
<u>Applicant has not been charged, arrested, or convicted of any such criminal offense or offenses.</u>

**IX.** Applicant has not filed for *pro hac vice* admission in the United States District Court, Northern District of Texas, during the past three (3) years.

**X.** Local counsel of record associated with Applicant in this matter is Sanford R. Denison, Texas Bar No. 05655560, Baab and Denison, L.L.P., 2777 N. Stemmons, Suite 1100, Dallas, Texas 75207, 214-637-0750 (phone), 214-637-0730 FAX.

**XI.** Check the appropriate box below.
For Application in a **Civil Case**
X    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.
For Application in a **Criminal Case**
☐    Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this 17th day of April, 2003.

*[signature]*
THOMAS H. GEOGHEGAN
Illinois Bar No. 3126689
Despres, Schwartz & Geoghegan
77 West Washington Street, Suite 711
Chicago, Illinois 60602-2803
(317) 372-2511

              (312) 372-7391 FAX

              Applicant and Counsel for
              Allied Pilots Association


              _____
              SANFORD R. DENISON
              Texas Bar No. 05655560
              Baab & Denison, L.L.P.
              2777 N. Stemmons Freeway
              Suite 1100
              Dallas, Texas 75207-2228
              (214) 637-0750
              (214) 637-0730 FAX

              Local Counsel for
              Allied Pilots Association


   I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on the __18__ day of ___April___, 2003.


              _____
              Sanford R. Denison

---

## ORDER

   The Court, having considered the above Application for Admission *Pro Hac Vice,* orders that:

   [☑] the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

   [ ] the application be denied. The Clerk of Court shall return the admission fee to the Applicant.


_April 21, 2003_____    _____
DATE                 JUDICIAL OFFICER