ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 21 2003
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

| | |
|---|---|
| JEFFREY A. KRALLER and ALAN POLLENZ, | § § § |
| Plaintiffs, | § § |
| v. | §  Case No. 3 03CV-761P |
| | § § |
| ALLIED PILOTS ASSOCIATION, a Labor Organization, | § § § |
| Defendant. | § § § |

## CERTIFICATE OF SERVICE

Barbara Harvey, one of the attorneys for plaintiffs, hereby certifies that on this date she served copies of the Application for Admission *Pro Hac Vice* and Authorization to Send Orders and Judgments Via Facsimile Transmission on the following counsel by first-class mail to the address shown below:

> Thomas Geoghegan, Esq.
> Despres, Schwartz & Geoghegan
> 77 W. Washington St., Ste. 711
> Chicago, IL 60602-2803

_____
Barbara Harvey, Esq.
Penobscot Building, Suite 3060
645 Griswold Street
Detroit, Michigan 48226
Telephone: (313) 963-3570
Facsimile: (313) 963-3572

Dated: April 16, 2003