

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JEFFREY A. KRALLER *et al.*, § | |
| Plaintiffs § | |
| § | Case Number 3 03cv-761P |
| v. § | |
| ALLIED PILOTS ASSOCIATION, § | |
| Defendant § | |

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

Comes now **BARBARA HARVEY**, Applicant herein, and respectfully states the following:

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of) **BARBARA HARVEY**, with offices at **PENOBSCOT BUILDING, SUITE 3060, 645 GRISWOLD STREET, DETROIT, MICHIGAN, 48226, (313) 963-3570**.

II.  Applicant will sign all pleadings with the name **BARBARA HARVEY**.

III.  Applicant has been retained personally or as a member of the above-named firm by **plaintiff JEFFREY A. KRALLER** and **plaintiff ALAN POLLENZ** to provide legal representation in connection with the above-styled matter now pending before the United States District Court, Northern District of Texas.

IV.  Since **1975**, Applicant has been and presently is a member in good standing of the bar of the highest court of the state of **MICHIGAN**, where Applicant regularly practices law. Applicant's bar license number is **P25478**.

V.  Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| SUPREME COURT OF MICHIGAN | OCTOBER 23, 1975 |
| EASTERN DISTRICT OF MICHIGAN | OCTOBER 23, 1975 |
| NORTHERN DISTRICT OF NEW YORK | MARCH 10, 1995 |
| UNITED STATES COURT OF APPEALS | |
| -- SIXTH CIRCUIT | 1975 |
| -- SECOND CIRCUIT | JULY 13, 1988 |
| -- DISTRICT OF COLUMBIA | DECEMBER 31, 1997 |
| -- FEDERAL CIRCUIT | FEBRUARY 24, 1987 |
| UNITED STATES SUPREME COURT | JUNE 26, 1989 |

**VI.** Applicant is presently a member in good standing of the bars of the courts listed in question V, except as provided below: (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice)

_____

_____

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

_____

_____

_____

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

_____

_____

_____

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court, Northern District of Texas during the past three (3) years in the following matters:

Date of Application          Case No. And Style

_____          _____

_____          _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is **STEPHEN GARDNER**, who has offices at 6060 North Central Expressway, Suite 560, Dallas, Texas 75206, (214) 800-2830.

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☒ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the

Northern District of Texas for this cause only.

SIGNED this **SIXTEENTH** day of **APRIL, 2003**.

**BARBARA HARVEY**

_____

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this **SIXTEENTH** day of **APRIL, 2003**.

**BARBARA HARVEY**

_____

---

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☒ the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the Applicant.

*April 22, 2003* _____

DATE                                                                                  JUDICIAL OFFICER