


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**MINUTE ORDER**

JUDGE JORGE A. SOLIS
DEPUTY: Brenda Webb
LAW CLERK: Stephanie Schmutz

DATE: 5/2/2003

Case No. 3:03-CV-0761-P - Jeffrey A. Kraller v. Allied Pilots

Type of Proceedings: Status Conference

COURT TIME: 1.25