ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 2 9 2003

CLERK, U.S. DISTRICT COURT
By _____
Deputy

JEFFREY A. KRALLER and           §
ALAN POLLENZ,                    §
                                 §
        Plaintiffs,              §
                                 §
v.                               §          Civil Action No. 3 03CV--761P
                                 §
ALLIED PILOTS ASSOCIATION,       §
a Labor Organization,            §
                                 §
        Defendant.               §

## DECLARATION OF J. DANIEL GREVER

Captain J. Daniel Grever declares the following to be true and correct, based on personal knowledge:

1. I am a Boeing 767 Captain in the employ of American Airlines and a member in good standing of the Allied Pilots Association. I have worked for American Airlines for 18 years. From 1996 through 2002, I served the APA as the National Deputy Chairman of the APA Strike Preparedness Committee ("SPC"). I have been involved with SPC since its creation in 1989.

2. American Airlines issues so-called DECS passwords to flight crew employees upon hire. These passwords allow access to the DECS partition of AMR's Sabre mainframe computer. The DECS partition contains data relating to American Airlines' operations, including pilots' flying schedules, employee contact information, information on scheduled flights, and other data. Employees have access to DECS to sign in for trips, view their own schedules, execute trip trades, access flight plans for specific flights, and perform tasks related to their duties as flight crew members.

3. During the time periods of APA SPC operations between 1994 and 1997, I recall specific instances when the APA requested DECS passwords from individual members for the purpose of mining information from DECS. Pilots operating under the auspices of SPC used these members' passwords with the authorized password holders' permission. The passwords were used to obtain information, such as pilot flying schedules and contact information, needed to organize effectively such SPC activities as informational picketing.

4. The borrowing of authorized holders' passwords to access DECS data in quantities that would have been impossible for the APA without such borrowing was a widely used membership mobilization tactic by APA Strike Centers (local communication outposts of the Strike Preparedness Committee at the individual domiciles) and APA headquarters

during those years.  The process gave the APA faster, more efficient access to membership contact data that was otherwise available to the APA, but not as readily or rapidly.  The use of these passwords constituted official APA policy.

5.  The APA's primary purpose of borrowing members' pass codes was to mine data from the Sabre system more quickly and efficiently than was otherwise possible.  A secondary purpose was a perception that the carrier could track an unusual spike in the activity on a particular pass code, and might shut off the flow of information to such pass codes.

Under penalty of perjury, pursuant to the provisions of 28 U.S.C. § 1746, I declare that the foregoing is true and correct to the best of my knowledge.

Captain J. Daniel Grever

Dated: May 28, 2003