IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEFFREY A. KRALLER and ALAN POLLENZ, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:03-CV-761-P |
| ALLIED PILOTS ASSOCIATION, a Labor Organization, | § § § § | |
| Defendant. | § | |

## RENEWED MOTION FOR PRELIMINARY INJUNCTION

TO THE HONORABLE JUDGE JORGE SOLIS:

Plaintiffs Jeffrey J. Kraller and Alan Pollenz renew their pending motion for a preliminary injunction, for the purpose of presenting to the Court Plaintiffs' recently filed evidence and claims, and to brief these matters, as well as the Defendant's changing justifications for its disciplinary action against the plaintiffs.

Respectfully submitted,

BARBARA HARVEY
Penobscot Building, Suite 3060
645 Griswold Street
Detroit, Michigan 48226
Telephone: (313) 963-3570
Facsimile: (313) 963-3572
Email: barbaraharvey@comcast.net

STEPHEN GARDNER
Texas State Bar No. 07660600
Law Office of Stephen Gardner, PC
6060 North Central Expressway, Suite 560
Dallas, Texas 75206
Telephone:   214/800-2830
Telecopier:   214/800-2834
Email: steve@consumerhelper.com

Attorneys for Plaintiff,
By:
STEPHEN GARDNER

RENEWED MOTION FOR PRELIMINARY INJUNCTION, page 1

## Certificate of Service

A copy of the foregoing was served on counsel for Defendant in compliance with the Rules of Civil Procedure on June 3, 2003.

_____
Stephen Gardner