

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| JEFFREY KRALLER and<br>ALAN POLLENZ, | §<br>§<br>§ | |
| Plaintiffs, | §<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO.<br>3:03-CV-0761-P |
| ALLIED PILOTS ASSOCIATION, a Labor<br>Organization, | §<br>§<br>§ | |
| Defendant. | §<br>§ | |

## ORDER

Now before the Court is Plaintiff's Renewed Motion for Preliminary Injunction filed June 3, 2003. The Court finds it proper to expedite briefing on the Motion. Accordingly, it is ORDERED that the following two deadlines will apply to Plaintiff's Renewed Motion for Preliminary Injunction:

    Defendant's Response    Due June 16, 2003.

    Plaintiff's Reply    Due June 23, 2003.

**IT IS SO ORDERED.**

Signed this 6th day of June, 2003.

                                                     JORGE A. SOLIS
                                                     UNITED STATES DISTRICT JUDGE