IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JEFFREY A. KRALLER and ALAN POLLENZ, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3 03CV--761P |
| ALLIED PILOTS ASSOCIATION, a Labor Organization, | § § § | NOTICE OF APPEAL |
| Defendant. | § § § | |

TO: Clerk of the Court
All counsel of record

Please take notice that plaintiffs **JEFFFREY A. KRALLER** and **ALAN POLLENZ** hereby appeal to the United States Court of Appeals for the Fifth Circuit from the decision and order denying plaintiffs' original and renewed motions for preliminary injunction, entered September 11, 2003.

_____
Stephen Gardner, Esq.
Law Office of Stephen Gardner, PC
6060 North Central Expressway, Suite 560
Dallas, Texas 75206
Telephone: (214) 800-2830

_____
Barbara Harvey, Esq.
Penobscot Building, Suite 3060
645 Griswold Street
Detroit, Michigan 48226
Telephone: (313) 963-3570

Dated: September 29, 2003

NOTICE OF APPEAL, page 1

## CERTIFICATE OF SERVICE

Barbara Harvey, one of the attorneys for plaintiffs, hereby certifies that on this date she served a copy of the Notice of Appeal on all counsel of record by first-class mail.

_____
Barbara Harvey, Esq.
Penobscot Building, Suite 3060
645 Griswold Street
Detroit, Michigan 48226
Telephone: (313) 963-3570

Dated: September 29, 2003

**NOTICE OF APPEAL, page 2**