ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JEFFREY A. KRALLER and<br>ALAN POLLENZ,<br><br>    Plaintiffs,<br><br>v.<br><br>ALLIED PILOTS ASSOCIATION,<br>a Labor Organization,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3 03CV--761P<br><br>**MOTION FOR STAY OF TRIAL<br>PROCEEDINGS PENDING APPEAL** |

Plaintiffs hereby move the Court for a stay of trial proceedings pending appeal as of right to the United States Court of Appeals for the Fifth Circuit from the decision and order denying plaintiffs' original and renewed motions for preliminary injunction, entered September 11, 2003.

This motion is supported by the accompanying memorandum. Defendant has reserved decision as to whether it opposes this motion.

_____
Stephen Gardner, Esq.
Law Office of Stephen Gardner, PC
6060 North Central Expressway, Suite 560
Dallas, Texas 75206
Telephone: (214) 800-2830
Facsimile: (214) 800-2834


_____
Barbara Harvey, Esq.
Penobscot Building, Suite 3060
645 Griswold Street
Detroit, Michigan 48226
Telephone: (313) 963-3570
Facsimile: (313) 963-3572

Attorneys for Plaintiffs

Dated: September 29, 2003

**MOTION FOR STAY OF TRIAL PROCEEDINGS PENDING APPEAL**