IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
OCT - 9 2003
CLERK, U.S. DISTRICT COURT
By _____
        Deputy

| | |
|---|---|
| JEFFREY A. KRALLER, etal. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | |
| ) | 3:03-CV-761-P |
| ALLIED PILOTS ASSOCIATION ) | |
| ) | |
| Defendant. ) | |

## ORDER RETAINING THE RECORD IN DISTRICT COURT

Pursuant to Rule 11(e), Fed. R. App. P., the Clerk of this Court shall retain the record in this case, subject to the request of the Court of Appeals; and transmit a copy of this Order, a copy of the docket entries, and copies of such parts of the record as the parties may designate to the Clerk of the United States Court of Appeals for the Fifth Circuit.

**SO ORDERED.**

October 9, 2003.

_____
JORGE A. SOLIS
United States District Court Judge