**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING**

**TRANSCRIPT ORDER**

| rict Court | District Court Docket Number |
|---|---|
| Northern District of Texas | 3:03-cv-0761 |

ort Case Title _Moeller v. Ellis Film_ etc.     Court Reporter

ate Notice of Appeal Filed by Clerk of District Court _9.30.03_     Court of Appeals #

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless...*

A. Complete one of the following:

☒ No hearings
☐ Transcript is unnecessary for appeal purposes
☐ Transcript is already on file in Clerk's office
☐ This is to order a transcript of the following proceedings: *(check appropriate box)*
    Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
    Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
    Jury instructions ☐; Sentencing ☐; Bail hearing ☐;
    HEARING DATE(S)                    PROCEEDING

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
OCT 15 2003
CLERK, U.S. DISTRICT COURT
By_____
Deputy / JUDGE/MAGISTRATE

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED,
OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT,
ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
    ☐ Private funds; ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
    ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
    ☐ Other _____

Signature _____     Date Transcript Ordered _____

Print Name _____     Counsel for _____

Address _____     Telephone (214) _____

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL
DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.     COURT REPORTER ACKNOWLEDGEMENT** *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

☐ Satisfactory Arrangements for payment were made on _____
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

_____          _____          _____
Date                    Signature of Court Reporter        Telephone
Address of Court Reporter: _____
***** Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

**PART III.     NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages          _____ Actual Number of Volumes

_____
Signature of Court Reporter