ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 2 2003
CLERK, U.S. DISTRICT COURT
By _____
  Deputy

| | |
|---|---|
| JEFFREY A. KRALLER and ALAN POLLENZ §<br>§<br>Plaintiffs, §<br>§<br>ALLIED PILOTS ASSOCIATION, §<br>§<br>Defendant. § | Civil Action No: 3 03 CV-761 P |

### DEFENDANT'S OPPOSITION TO THE PLAINTIFFS' MOTION FOR STAY OF TRIAL PROCEEDINGS PENDING APPEAL

Defendant Allied Pilots Association opposes plaintiffs' motion for a stay of trial proceedings in this case while plaintiffs pursue their appeal of this Court's interlocutory denial of a preliminary injunction on September 11, 2003. The case has now been extensively briefed in this Court. A stay of this case while the appeal is pending is not in the interests of judicial economy, and indeed, is more likely to lead to a waste of judicial resources for the following reasons:

1. First, the Fifth Circuit Court of Appeals can decide plaintiffs' appeal of an interlocutory order on various grounds, and may not necessarily reach the merits of the case, as plaintiffs suppose.

2. Second, for that reason, it is easy to envision a scenario in which the appeal is denied, and the merits still have to be addressed by this Court.

3. If the goal is judicial economy, then the better approach is for the plaintiffs to withdraw the appeal, proceed through the limited discovery that the parties have agreed upon, and

resolve the case by summary judgment. There appear to be no significant disputes of fact. The decision and rationale of the APA Appeal Board is a matter of record. Thereafter, an appeal to the United States Court of Appeals would ensure a resolution on the merits, without the need of two appeals.

Respectfully Submitted,

THOMAS H. GEOGHEGAN *
Illinois Bar No. 3126689
Despres, Schwartz & Geoghegan
77 West Washington Street, Suite 711
Chicago, Illinois 60602-2803
(312) 372-2511
(312) 372-7391 FAX


_____
SANFORD R. DENISON
Texas Bar No. 05655560
Baab & Denison, LLP
Stemmons Place, Suite 1100
2777 N. Stemmons Freeway
Dallas, TX 75207
(214) 637-0750
(214) 637-0730 FAX


COUNSEL FOR DEFENDANT
ALLIED PILOTS ASSOCIATION

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document has been served this 20th day of October, 2003, by the means specified below, addressed to the following:

| | |
|---|---|
| Barbara Harvey<br>645 Griswold, Suite 3060<br>Detroit, Michigan 48226 | (Via certified mail r.r.r.) |
| Stephen Gardner<br>Law Office of Stephen Gardner, P.C.<br>6060 N. Central Expressway, Suite 560<br>Dallas, Texas 75206 | (Via certified mail r.r.r.) |

                                                                      Sanford R. Denison