# U.S. District Court
## Northern District of Texas (Dallas)
### CIVIL DOCKET FOR CASE #: 3:03-cv-00761

Kraller et al v. Allied Pilots Association
Assigned to: Jorge A Solis
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 29:185 Labor/Mgt. Relations (Contracts)

Date Filed: 04/14/03
Jury Demand: Plaintiff
Nature of Suit: 720 Labor: Labor/Mgt. Relations
Jurisdiction: Federal Question

| Filing Date | # | Docket Text |
|---|---|---|
| 04/14/2003 | 1 | VERIFIED COMPLAINT against Allied Pilots Association ( Filing fee $150.00; Receipt number 193327), filed by Jeffrey A. Kraller, Alan Pollenz.(exhibits not imaged)(lmr, ) (Entered: 04/17/2003) |
| 04/14/2003 | | DEMAND for Trial by Jury by Jeffrey A. Kraller, Alan Pollenz. (lmr, ) (Entered: 04/17/2003) |
| 04/14/2003 | 2 | MOTION for Temporary Restraining Order and Preliminary Injunction by Jeffrey A. Kraller, Alan Pollenz. (lmr, ) (Entered: 04/17/2003) |
| 04/14/2003 | 3 | Brief in Support of 2 MOTION for Temporary Restraining Order and Preliminary Injunction filed by Jeffrey A. Kraller, Alan Pollenz. (lmr, ) (Entered: 04/17/2003) |
| 04/14/2003 | 4 | CERTIFICATE OF INTERESTED PERSONS by Jeffrey A. Kraller, Alan Pollenz. (lmr, ) (Entered: 04/17/2003) |
| 04/18/2003 | 5 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Allied Pilots Association. (aat, ) (Entered: 04/21/2003) |
| 04/18/2003 | 6 | RESPONSE in opposition re 2 motion for temporary restraining order and preliminary injunction, filed by Allied Pilots Association. (Exhibits not imaged) (aat, ) (Entered: 04/21/2003) |
| 04/21/2003 | 7 | Application and Order for appearance pro hac vice by Thomas H Geoghegan for Allied Pilots Association. (Signed by Judge Jorge A Solis on 04/21/03) (jaw) (Entered: 04/22/2003) |
| 04/21/2003 | 8 | CERTIFICATE OF SERVICE by Jeffrey A. Kraller, Alan |

| | | |
|---|---|---|
| | | Pollenz..Re: 7 Order for Admission Pro Hac Vice.(exhibit not imaged) (lmr, ) (Entered: 04/22/2003) |
| 04/22/2003 | 9 | Application and Order for appearance pro hac vice by Barbara Harvey for Jeffrey A. Kraller and Alan Pollenz.(manual mail order) (see order for specifics) (Signed by Judge Jorge A Solis on 04/22/03) (lmr, ) (Entered: 04/23/2003) |
| 04/22/2003 | 10 | REPLY BRIEF to response to motion re 2 motion for temporary restraining order and preliminary injunction filed by Jeffrey A. Kraller, Alan Pollenz. (aat, ) (Entered: 04/23/2003) |
| 04/22/2003 | 11 | APPENDIX in support re 10 reply brief to response to motion re 2 motion for temporary restraining order and preliminary injunction filed by Jeffrey A. Kraller, Alan Pollenz. (Not imaged) (aat, ) (Entered: 04/23/2003) |
| 04/23/2003 | 12 | Supplemental Document/ APPENDIX in support re 10 reply brief to response to motion re 2 motion for temporary restraining order and preliminary injunction by Jeffrey A. Kraller, Alan Pollenz as to [11] Appendix in Support. (lmr, ) (Entered: 04/24/2003) |
| 04/24/2003 | 13 | Sur-reply in opposition to New Material in Plaintiffs' reply brief. Re: 2 MOTION for Temporary Restraining Order filed by Allied Pilots Association. (lmr, ) (Entered: 04/24/2003) |
| 04/25/2003 | 14 | RESPONSE to 13 Sur-reply Brief filed by Jeffrey A. Kraller, Alan Pollenz. (lmr, ) (Entered: 04/28/2003) |
| 05/02/2003 | 15 | Minute Entry for proceedings held before Judge Jorge A Solis : Status Conference held on 05/02/03. (lmr, ) (Entered: 05/05/2003) |
| 05/06/2003 | 16 | AMENDED VERIFIED COMPLAINT against Allied Pilots Association , filed by Jeffrey A. Kraller, Alan Pollenz.(exhibits not imaged)(lmr, ) (Entered: 05/09/2003) |
| 05/27/2003 | 17 | ANSWER to Amended Complaint by Allied Pilots Association. (lmr, ) (Entered: 05/29/2003) |
| 05/29/2003 | 18 | DECLARATION/AFFIDAVIT OF J. DANIEL GREVER. (lmr, ) (Entered: 06/02/2003) |
| 06/02/2003 | 19 | DECLARATION OF DAVID BATES.(attachments not imaged) (lmr, ) (Entered: 06/03/2003) |
| 06/03/2003 | 20 | RENEWED MOTION for Preliminary Injunction by Jeffrey A. Kraller, Alan Pollenz. (lmr, ) (Entered: 06/04/2003) |

| | | |
|---|---|---|
| 06/03/2003 | 21 | Brief in Support of 20 MOTION for Injunction on the Amended Complaint filed by Jeffrey A. Kraller, Alan Pollenz. (lmr, ) (Entered: 06/04/2003) |
| 06/03/2003 | 22 | Second Supplemental Appendix in Support to 20 MOTION for Preliminary Injunction filed by Jeffrey A. Kraller, Alan Pollenz. (lmr, ) (Entered: 06/04/2003) |
| 06/06/2003 | 23 | ORDER: Set Deadlines as to 20 Renewed Motion for Preliminary Injunction. Responses due by 6/16/2003 Replies due by 6/23/2003. (Signed by Judge Jorge A Solis on 6/6/03) (djd) (Entered: 06/09/2003) |
| 06/16/2003 | 24 | REPLY/RESPONSE in Opposition to 20 RENEWED MOTION for Preliminary Injunction filed by Allied Pilots Association. (lmr, ) (Entered: 06/17/2003) |
| 06/24/2003 | 25 | DECLARATION of Todd Wissing. (lmr, ) (Entered: 06/25/2003) |
| 06/24/2003 | 26 | REPLY Brief in Support of Response to 20 RENEWED MOTION for Preliminary Injunction on the Amended Complaint filed by Jeffrey A. Kraller, Alan Pollenz. (lmr, ) (Entered: 06/25/2003) |
| 06/24/2003 | 27 | Appendix to Plaintiffs' 20 RENEWED MOTION for Preliminary Injunction on the Amended Complaint filed by Jeffrey A. Kraller, Alan Pollenz. (lmr, ) (Entered: 06/25/2003) |
| 06/26/2003 | 28 | Appendix in Support of Defentant APA's 26 Reply in Opposition to Plaintiffs' Renewed Motion for Preliminary Injunction filed by Allied Pilots Association. (lmr, ) (Entered: 06/27/2003) |
| 07/01/2003 | 29 | Supplemental Appendix to the 26 Reply Brief in Support of Plaintiffs' Renewed Motion for Preliminary Injunction filed by Jeffrey A. Kraller, Alan Pollenz. (lmr, ) (Entered: 07/02/2003) |
| 09/11/2003 | 30 | ORDER denying 2 Motion for Temporary Restraining Order and Preliminary Injunction and denying 20 RENEWED Motion for Preliminary Injunction.(see order for specifics) (Signed by Judge Jorge A Solis on 09/11/03) (lmr, ) (Entered: 09/11/2003) |
| 09/11/2003 | 31 | Order Requiring Attorney Conference and Proposal for Contents of Scheduling and Discovery Order. Proposed Scheduling Order due by 10/15/2003.(see order for specifics) (Signed by Judge Jorge A Solis on 09/11/03) (lmr, ) (Entered: 09/11/2003) |
| 09/30/2003 | 32 | NOTICE OF INTERLOCUTORY APPEAL as to 30 Order on Motion for TRO, Order on Motion for Injunction by Jeffrey A. |

|            |    |                                                                                                                                                                              |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Kraller, Alan Pollenz. Filing fee $ 105, receipt number 1991701. TO Mailed. (jmr) . (Entered: 10/02/2003)                                                                    |
| 09/30/2003 | 33 | MOTION for Stay of Trial Proceeding Pending Appeal by Jeffrey A. Kraller, Alan Pollenz. (jmr) (Entered: 10/02/2003)                                                          |
| 09/30/2003 | 34 | Memorandum in Support re 33 MOTION to Stay filed by Jeffrey A. Kraller, Alan Pollenz. (jmr) (Entered: 10/02/2003)                                                            |
| 09/30/2003 |    | Set Appeal Deadline re 32 Notice of Appeal: Appeal Record due by 10/10/2003. (jmr) (Entered: 10/02/2003)                                                                     |
| 10/02/2003 |    | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 32 Notice of Appeal. (jmr) (Entered: 10/02/2003)                                                 |
| 10/09/2003 | 35 | ORDER RETAINING THE RECORD (Rule 11(e) Order): RE: Notice of Appeal; (Signed by Judge Jorge A Solis on 10/9/03). (jmr) (Entered: 10/10/2003)                                 |
| 10/10/2003 |    | Transmission of Rule 11(e) Order Retaining the Record and Docket Sheet to US Court of Appeals re 32 Notice of Appeal. (jmr) (Entered: 10/10/2003)                            |
| 10/15/2003 | 36 | Proposal for contents of scheduling and discovery order by Allied Pilots Association, Jeffrey A. Kraller, Alan Pollenz. (svc, ) (Entered: 10/15/2003)                        |
| 10/15/2003 | 37 | Transcript Order Form by attorney for Plaintiff: transcript not requested re 32 Notice of Appeal. (jmr) (Entered: 10/16/2003)                                                |
| 10/16/2003 |    | Appeal Deadlines Terminated re 32 Notice of Appeal filed by Jeffrey A. Kraller, Alan Pollenz. (jmr) (Entered: 10/16/2003)                                                    |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/21/2003 09:02:28 | | | |
| PACER Login: | bh0158 | Client Code: | apa |
| Description: | Docket Report | Case Number: | 3:03-cv-00761 |
| Billable Pages: | 2 | Cost: | 0.14 |

## U.S. District Court
## Northern District of Texas (Dallas)
### CIVIL DOCKET FOR CASE #: 3:03-cv-00761

Kraller et al v. Allied Pilots Association  
Assigned to: Jorge A Solis  
Referred to:  
Demand: $  
Lead Docket: None  
Related Cases: None  
Case in other court: None  
Cause: 29:185 Labor/Mgt. Relations (Contracts)  

Date Filed: 04/14/03  
Jury Demand: Plaintiff  
Nature of Suit: 720 Labor: Labor/Mgt. Relations  
Jurisdiction: Federal Question  

| Filing Date | # | Docket Text |
|---|---|---|
| 10/16/2003 | | Appeal Deadlines Terminated re 32 Notice of Appeal filed by Jeffrey A. Kraller, Alan Pollenz. (jmr) (Entered: 10/16/2003) |
| 10/21/2003 | | USCA Case Number 03-11040 for 32 Notice of Appeal filed by Jeffrey A. Kraller, Alan Pollenz. (jmr) (Entered: 10/21/2003) |

| PACER Service Center |||||
|---|---|---|---|---|
| Transaction Receipt |||||
| 10/21/2003 15:54:11 |||||
| PACER Login: | bh0158 | Client Code: | APA ||
| Description: | Docket Report | Case Number: | 3:03-cv-00761 ||
| Billable Pages: | 1 | Cost: | 0.07 ||