UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
JAN 2 1 2004
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| JEFFREY A. KRALLER and ALAN POLLENZ § § § § | |
| Plaintiffs, § § | Civil Action No:  3 03 CV-761 P |
| ALLIED PILOTS ASSOCIATION, § § | |
| Defendant. § § | |

DEFENDANT APPELLEE'S DESIGNATION OF ADDITIONAL
PARTS OF THE RECORD FOR TRANSMISSION TO THE COURT OF APPEALS

Comes now, Defendant Appellee Allied Pilots Association and hereby designates the

following portions of the District Court record for transmission to the Court of Appeals in

addition to those portions of the record which have been previously designated by Plaintiffs

Appellants. The additional portions of the record so designated by Defendant Appellee as set

forth on the Court's docket are as follows:

| Filing Date | Docket # | Docket Text |
|---|---|---|
| 04/18/2003 | 6 | RESPONSE in opposition re 2 motion for temporary restraining order and preliminary injunction, filed by Allied Pilots Association. (Exhibits not imaged) (aat) (Entered: 04/21/2003) |
| 04/24/2003 | 13 | Sur-reply in opposition to New Material in Plaintiffs' reply brief. Re: 2 MOTION for Temporary Restraining Order filed by Allied Pilots Association. (lmr,) (Entered: 04/24/2003) |

| 06/16/2003 | 24 | REPLY/RESPONSE in Opposition to 20 RENEWED MOTION for Preliminary Injunction filed by Allied Pilots Association. (lmr,) (Entered: 06/17/2003) |
|---|---|---|
| 06/26/2003 | 28 | Appendix in Support of Defendant APA's 26 Reply in Opposition to Plaintiffs' Renewed Motion for Preliminary Injunction filed by Allied Pilots Association. (lmr,) (Entered: 06/27/2003) |

Respectfully Submitted,


THOMAS H. GEOGHEGAN
Illinois Bar No.  3126689
Despres, Schwartz & Geoghegan
77 West Washington Street, Suite 711
Chicago, Illinois 60602-2803
(312) 372-2511
(312) 372-7391 FAX



SANFORD R. DENISON
Texas Bar No. 05655560
Baab & Denison, LLP
Stemmons Place, Suite 1608
2777 N. Stemmons Freeway
Dallas, TX 75207
(214) 637-0750
(214) 637-0730 FAX

DATED: January 21, 2004

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served this 21st day of January, 2004, by the means specified below, addressed to the following:

Barbara Harvey                                         (Via facsimile and first class mail)
645 Griswold, Suite 3060
Detroit, Michigan 48226

Stephen Gardner                                        (Via facsimile and first class mail)
Law Office of Stephen Gardner, P.C.
6060 N. Central Expressway, Suite 560
Dallas, Texas 75206

Sanford R. Denison