

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 03-11040

3:03CV 761-P

U.S. COURT OF APPEALS
**FILED**
APR 2 3 2004

CHARLES R. FULBRUGE III
CLERK

JEFFREY A KRALLER; ALAN POLLENZ

    Plaintiffs - Appellants

v.

ALLIED PILOTS ASSOCIATION, A Labor Organization

    Defendant - Appellee

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
APR 2 9 2004
CLERK, U.S. DISTRICT COURT
By _____
              Deputy

----------------------
Appeal from the United States District Court for the
Northern District of Texas, Dallas
----------------------

FOR THE COURT:

IT IS ORDERED that the appellee's motion to dismiss appeal as moot is GRANTED.

IT IS FURTHER ORDERED that the appellee's alternative motion to supplement the record is DENIED AS MOOT.

                              /s/Charles R. Fulbruge III
                                CHARLES R. FULBRUGE III
                                  CLERK OF COURT

                         ENTERED AT THE DIRECTION OF THE COURT

A True copy
Test
Clerk, U.S. Court of Appeals,
By _____
      Deputy  APR 2 6 2004
New Orleans, Louisiana

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

April 23, 2004

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 03-11040   Kraller v. Allied Pilots Assoc
    USDC No.   3:03-CV-761-P

Enclosed is an order entered in this case.

> RECEIVED
> APR 29 2004
> CLERK, U.S. DISTRICT COURT
> NORTHERN DISTRICT OF TEXAS

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Trashell McCoy, Deputy Clerk
    504-310-7667

Ms Barbara M Harvey
Mr Thomas H Geoghegan
Ms Karen S Mitchell, Clerk

MOT-2