**ORIGINAL**



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEFFREY A. KRALLER and<br>ALAN POLLENZ<br><br>Plaintiffs,<br><br>ALLIED PILOTS ASSOCIATION,<br><br>Defendant. | § § § § § § § § § § § | Civil Action No: 3 03 CV-761 P |

## UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

Plaintiffs Jeffrey A. Kraller and Alan Pollenz hereby move, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, for entry of an order granting the voluntary dismissal of this action with prejudice, all parties to bear their own costs and attorneys' fees.

This motion is unopposed.

Respectfully submitted,

Stephen Gardner, Esq.
Law Office of Stephen Gardner, PC
6060 North Central Expressway, Suite 560
Dallas, Texas 75206
Telephone: (214) 800-2830
Facsimile: (214) 800-2834

Barbara Harvey, Esq.
Penobscot Building, Suite 3060
645 Griswold Street
Detroit, Michigan 48226
Telephone: (313) 963-3570
Facsimile: (313) 963-3572
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been served via first-class mail and by facsimile on this date on the following counsel of record:

Sanford R. Denison, Esq.
Baab & Denison, LLP
Stemmons Place, Suite 1608
2777 N. Stemmons Freeway
Dallas, TX 75207
(214) 637-0730 - FAX

Thomas H. Geoghegan, Esq.
Despres, Schwartz & Geoghegan
77 West Washington Street, Suite 711
(312) 372-7391 - FAX

Stephen Gardner, Esq.

Dated: May 18, 2004

2