

**ORIGINAL**



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 19 2004

CLERK, U.S. DISTRICT COURT
By _____
                Deputy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JEFFREY A. KRALLER and ALAN POLLENZ<br><br>Plaintiffs,<br><br>ALLIED PILOTS ASSOCIATION,<br><br>Defendant. | Civil Action No: 3 03 CV-761 P |

### ORDER GRANTING
### UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

Plaintiffs Jeffrey A. Kraller and Alan Pollenz having moved, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, for entry of an order granting the voluntary dismissal of this action with prejudice, all parties to bear their own costs and attorneys' fees, and this motion being unopposed by the defendant,

*IT IS HEREBY ORDERED* that plaintiffs' motion for voluntary dismissal shall be granted.

So ordered.

_____
United States District Judge

Dated: May 15, 2004