IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

3:03 CV 761-P

No. 03-11040

U.S. COURT OF APPEALS
**FILED**
APR 2 3 2004
CHARLES R. FULBRUGE III
CLERK

JEFFREY A KRALLER; ALAN POLLENZ

 Plaintiffs - Appellants

v.

ALLIED PILOTS ASSOCIATION, A Labor Organization

 Defendant - Appellee

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
MAY 19 2004
CLERK, U.S. DISTRICT COURT
By _____
   Deputy

--------------------
Appeal from the United States District Court for the
Northern District of Texas, Dallas
--------------------

FOR THE COURT:

 IT IS ORDERED that the appellee's motion to dismiss appeal as moot is GRANTED.

 IT IS FURTHER ORDERED that the appellee's alternative motion to supplement the record is DENIED AS MOOT.

     /s/Charles R. Fulbruge III
     CHARLES R. FULBRUGE III
     CLERK OF COURT

    ENTERED AT THE DIRECTION OF THE COURT

ISSUED AS MANDATE: MAY 17 2004

A true copy
Test:
Clerk, U. S. Court of Appeals, Fifth Circuit
By_____
  Deputy
New Orleans, Louisiana MAY 17 2004